UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAWAUN FRANCIS,

                Petitioner,                          18 **CIVIL** 628 (RA)

      -against-                                **JUDGMENT**

MICHAEL CAPRA,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order Adopting Report and Recommendation dated April 7, 2021, Judge Lehrburger provided the parties with fourteen days to file written objections to the Report, and warned that "[f]ailure to file timely objections will result in a waiver of objections and will preclude appellate review." Dkt. 16 at 30. Neither party submitted any objections. The Court has reviewed the Report for clear error, and found none. The petition for a writ of habeas corpus is accordingly dismissed. Because the petition makes no substantial showing of a denial of a constitutional right, the Court will not issue a certificate of appealability. 28 U.S.C. § 2253(c)(2), and this case is closed.

**DATED:** New York, New York
          April 7, 2021

                                                          **RUBY J. KRAJICK**
                                                          Clerk of Court
                                      **BY:**
                                                           Deputy Clerk